UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:18-CV-22431-MGC

JOSE BERNABE TELLO, and all others similarly
situated under 29 U.S.C. 216(b),

    Plaintiff,

v.

MENDEZ FUEL HOLDINGS LLC,
and MICHAEL MENDEZ,

    Defendants.

_____/

### DEFENDANTS' RESPONSE TO PLAINTIFF'S STATEMENT OF CLAIM

Defendants Mendez Fuel Holdings LLC and Michael Mendez (collectively, "Defendants") respond to Plaintiff Jose Bernabe Tello's Statement of Claim, as follows:

1. Plaintiff was an employee of Defendant Mendez Fuel Holdings LLC from June 18, 2015 through February 15, 2017, however, he did not work an average of 85 hours a week as alleged in his Complaint.

2. Plaintiff was a salaried employee, paid $630.00 per week, for 40 hours per week. Plaintiff did not inform Defendants of hours worked over forty hours per week.

3. The Defendants are aware of non-compensable time that Plaintiff spent on or about the premise, including, but not limited to drinking beer behind the premises, eating or sitting at the deli, hanging out at Winn-Dixie on Coral Way, spending time chatting with employees, and even sleeping at the premises when he did not want to go home. However, Defendants are not aware of the exact number of hours spent each week between June 18, 2015-February 15, 2017 that Plaintiff spent engaging

in these non-compensable activities.

4. Regardless, in addition to Plaintiff's compensation, Plaintiff also received funds to pay for medical treatment for his wife while she was ill, funds to pay for her funeral expenses, and funds for an immigration attorney so that he could become a U.S. Citizen. Plaintiff also received loans from Defendant Mendez Fuel Holdings that he never repaid.

5. To the extent that Plaintiff is found to be entitled to receive compensation under the FLSA, Plaintiff would only be entitled to recover back wages since June 18, 2016 (two years from the date when Plaintiff filed this action (June 18, 2018), since Plaintiff cannot show that Defendants willfully violated the FLSA. IF, Plaintiff can show that he worked 85 hours a week from June 19, 2016, he would only be entitled to.

6. To the extent that Plaintiff if found to be entitled to receive compensation under the FLSA, Plaintiff is not entitled to recover liquidated damages since Defendants complied in good faith with the FLSA, and had reasonable grounds to believe that the alleged acts or omissions did not violate the FLSA.

7. Plaintiff's claim is offset by any amounts owed to Defendants.

8. Plaintiff has failed to plead any of the requirements for a cause of action for a class action.

**Dated**: July 19, 2018                               Respectfully submitted,

                                                     Susan E. Klock., Esq., FBN 41294
                                                     sklock@rascoklock.com
                                                     RASCO KLOCK PEREZ & NIETO
                                                     2555 Ponce De Leon Blvd., Suite 600
                                                     Coral Gables, Florida 33134
                                                     Telephone: 305.476.7111
                                                     Facsimile: 305.675.7707

                                       By:  */s/ Susan E. Klock*
                                                  Susan E. Klock

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on July 19, 2018, I have filed the foregoing document with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel and parties of record on the attached Service List either in the manner specified, via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                          By: */s/ Susan E. Klock*
                                                              Susan E. Klock

## SERVICE LIST

**Via CMF/ECF Notice**

Jamie Harrison Zidell, Esq.
J.H. ZIDELL P.A.
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel. (305) 865-6766
Fax. (305) 865-7167
zabogado@aol.com