UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-22431-CIV-MGC/JG

JOSE BERNABE TELLO, and all others )
similarly situated under 29 U.S.C. 216(b), )
                                              Plaintiffs, )
vs. )

MENDEZ FUEL HOLDINGS LLC, and )
MICHAEL MENDEZ, )

                                              Defendants. )
_____ )

## STIPULATION AS TO FLSA INDIVIDUAL EMPLOYER

      Both parties agree that individual Defendant, MICHAEL MENDEZ, is the owner and day-to-day main operator of corporate Defendant Mendez Fuel Holdings LLC, and as a result of his role with the defendant corporation, defendant Michael Mendez would be an FLSA employer of Plaintiff Jose Bernabe Tello during the relevant time period. Therefore, no further discovery is warranted, nor will be done as to the control or operations of Mendez Fuel Holdings LLC, its vendors, suppliers, records, or contracts (other than any potential contracts with employees).

**Respectfully submitted,**

**NATALIE STAROSCHAK, ESQ.**
**J.H. ZIDELL, P.A.**
**ATTORNEY FOR PLAINTIFF**
**300 71ST STREET, #605**
**MIAMI BEACH, FLA. 33141**
**PH: 305-865-6766**
**FAX: 305-865-7167**
**EMAIL: NSTAR.ZIDELLPA@GMAIL.COM**
**F.B.N. 116745**

**BY:_____/s/ Natalie Staroschak_____**
**NATALIE STAROSCHAK, ESQ.**


Susan Elizabeth Klock
Rasco Klock Perez Nieto, P.L.
2555 Ponce De Leon Blvd, Suite 600
Coral Gables, FL 33134
305-476-7100
Email: sklock@rascoklock.com


**BY:___/s/___Susan Elizabeth Klock_____**
**SUSAN ELIZABETH KLOCK, ESQ.**